# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERNFrank DISTRICT OF PENNSYLVANIA

IN RE: George Douglas O'Brien           CHAPTER 13
              <u>Debtor</u>

BKY. NO. 16-14594 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8602

                                 Respectfully submitted,

                                 **/s/Joshua I. Goldman, Esquire**
                                 Joshua I. Goldman, Esquire
                                 Thomas Puleo, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 825-6306  FAX (215) 825-6406