# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14594-ELF

GEORGE DOUGLAS O'BRIEN

310 Montier Road

Glenside, PA 19038-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GEORGE DOUGLAS O'BRIEN

    310 Montier Road

    Glenside, PA 19038-

**Counsel for debtor(s), by electronic notice only.**
    ERIC STEPHEN CARROLL
    LAW OFFICE OF ERIC S. CARROLL LLC
    150 N. RADNOR-CHESTER RD  STE F200
    RADNOR, PA 19087-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 11/10/2016

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee