**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GEORGE DOUGLAS O'BRIEN                                           Chapter 13

              Debtor                    Bankruptcy No. 16-14594-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 25, 2017**    _____
                                                Eric L. Frank
                                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIC STEPHEN CARROLL
LAW OFFICE OF ERIC S. CARROLL LLC
150 N. RADNOR-CHESTER RD  STE F200
RADNOR, PA 19087-


Debtor:
GEORGE DOUGLAS O'BRIEN

310 Montier Road

Glenside, PA 19038-